DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.W.**, the Mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES, GUARDIAN AD LITEM PROGRAM,** and **C.W.,** the Father,
Appellees.

No. 4D17-1671

[September 28, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 502016DP000548.

Andrew A. Holness of Andrew A. Holness, P.A., West Palm Beach, for appellant.

Antony P. Ryan, Regional Counsel, and Paul O'Neil, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellee C.W., the Father.

Sebastian Camilo Mejia of Kubicki Draper, P.A., Orlando, and Thomasina Moore, Sanford, for appellee Guardian ad Litem Program.

Richard H. Nelson, West Palm Beach and Meredith K. Hall, Bradenton, for appellee Florida Department of Children and Families.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***